**2017-1032**

IN THE
# UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

**MONSANTO TECHNOLOGY LLC,**

*Appellant,*

v.

**E.I. DUPONT DE NEMOURS & COMPANY,**

*Appellee.*

**Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in case No. 95/002,028.**

**UNOPPOSED MOTION OF APPELLEE
FOR EXTENSION OF TIME TO FILE BRIEF**

February 24, 2017

Michael J. Flibbert
Maureen D. Queler
Cora R. Holt
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

*Attorneys for Appellee E.I. du Pont de Nemours & Company*

Appellee E.I. du Pont de Nemours and Company ("DuPont") respectfully moves this Court for an extension of time of fourteen (14) days, up to an including, March 20, 2017, in which to file its Opposition Brief. DuPont's brief is currently due on March 6, 2017. DuPont requests this extension to allow sufficient time to complete preparation of its Opposition Brief in this appeal. DuPont has contacted counsel for Appellant, Monsanto Technology LLC ("Monsanto") who stated that Monsanto does not oppose the requested extension of time. DuPont has not previously sought an extension of time in this appeal.

February 24, 2017

/s/ Michael J. Flibbert
Michael J. Flibbert
Maureen D. Queler
Cora R. Holt
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
(202) 408-4000

Attorneys for Appellee E.I. du Pont de Nemours & Company

# **CERTIFICATE OF INTEREST**

Counsel for Appellee E. I. du Pont de Nemours and Company certifies the following:

1. The full name of every party represented by me is:

    E.I. du Pont de Nemours and Company

2. Name of the Real Party in interest (Please only include any real party in interest NOT identified in Question 3) represented by me is:

    E.I. du Pont de Nemours and Company

3. Parent corporations and publicly held companies that own 10 % or more of the stock of the party:
    None

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court (and who have not or will not enter an appearance in this case) are:

    DICKSTEIN SHAPIRO LLP
    Michael S. Marcus, Jeremy A. Cubert, Dipu A. Doshi

# **CERTIFICATE OF SERVICE**

I hereby certify that I served a copy of the foregoing UNOPPOSED MOTION OF APPELLEE FOR EXTENSION OF TIME TO FILE BRIEF on counsel of record on February 24, 2017, by Electronic Means (the Court's **CM/ECF**).

|  |  |
|---|---|
|   Michael J. Flibbert   |   /s/  Michael J. Flibbert   |
| Name of Counsel | Signature of Counsel |

Firm:                           Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Address:                      901 New York Avenue, N.W.
City, State and Zip      Washington, DC  20001-4413
Telephone:                  202-408-4493
Fax #:                          202-408-4400
E-Mail address:          michael.flibbert@finnegan.com